STERN & STERN TEXTILE IMPORTERS, INC. *v.* UNITED STATES

**No. 6576.**—Invoices dated Nottingham, England, May 20, 1942, etc.
Certified May 21, 1942, etc.
Entered at New York, N. Y., June 18, 1942, etc.
Entry No. 755291, etc.

(Decided December 5, 1946)

*Fred Bennett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

NATHAN NEWMAN *v.* UNITED STATES

**No. 6577.**—Invoice dated Sheffield, England, January 25, 1946.
Certified January 29, 1946.
Entered at New York, N. Y., April 24, 1946.
Entry No. 751725.

(Decided December 5, 1946)

*Siegel, Mandell & Davidson* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.